BEFORE THE SECOND DIVISION, AUGUST 23, 1938

**No. 39251.**—Protest 711548–G of T. Saji Co. (Los Angeles).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of Abstract 28313 the incense in question was held free of duty under

381

paragraph 1600. Candlesticks, flower vases, incense burners, and dishes chiefly used for utilitarian purposes were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.